Jacinto J. MALDONADO–
HERNANDEZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General of the United States,
Respondent.

No. 11–1804.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 28, 2011.

Filed: Nov. 2, 2011.

Jason M. Finch, Joel Hatch, Kevin J. McCoy, Smith & Gardner, Omaha, NE, for Petitioner.

Richard M. Evans, Susan Bennett Green, Karen Yolanda Drummond, Anna Nelson, U.S. Department of Justice, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Guatemalan citizen Jacinto Maldonado–Hernandez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of withholding of removal.[1] Contrary to the arguments in Maldonado–Hernandez's petition, we conclude that the denial of withholding of removal was supported by substantial evidence, see Sow v. Mukasey, 546 F.3d 953, 956 (8th Cir.2008); Ezeagwu v. Mukasey, 537 F.3d 836, 839 (8th Cir.2008), and that nothing in the record

suggests that his due process rights were violated, see Zacarias–Velasquez v. Mukasey, 509 F.3d 429, 434–35 (8th Cir.2007). Accordingly, we deny the petition for review.

---

1. Maldonado also requested asylum and relief under the Convention Against Torture, but he no longer pursues those requests.